UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

LISA PULVAR, individually and on behalf of all
those similarly situated,

       Plaintiff,

v.                                                                                            Case No.: _____

RADIUS GLOBAL SOLUTIONS LLC,

       Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant, Radius Global Solutions, LLC ("RGS"), through undersigned counsel, hereby removes the above-captioned civil action from the Circuit Court of the Nineteenth Judicial Circuit, in and for Indian River County, Florida, to the United States District Court for the Southern District of Florida, Fort Pierce Division. The removal of this civil case is proper because:

1.  RGS is a named defendant in this civil action filed by plaintiff, Lisa Pulvar ("plaintiff"), in the Circuit Court of the Nineteenth Judicial Circuit, in and for Indian River County, Florida, titled *Lisa Pulvar v. Radius Global Solutions, LLC,* Case No.: 312022CA000828XXXXXX (hereinafter the "State Court Action").

2.  RGS removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), RGS has timely filed this Notice of Removal. RGS was served with plaintiff's Complaint on November 16, 2022. This Notice of Removal is filed within 30 days of receipt of the Complaint by RGS.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Nineteenth Judicial Circuit, in and for Indian River County, Florida.

WHEREFORE, Defendant, Radius Global Solutions, LLC, hereby removes to this Court the State Court Action.

Dated: December 14, 2022

Respectfully Submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2460
Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*Radius Global Solutions, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of December 2022, a copy of the foregoing was filed electronically in the CM/ECF system. Notice of this filing will be sent

to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.<br>
Jennifer G. Simi, Esq.<br>
The Law Offices of Jibrael S. Hindi<br>
110 SE 6th Street, Suite 1744<br>
Fort Lauderdale, Florida 33301<br>
jibrael@jibraellaw.com<br>
jen@jibraellaw.com

/s/ Michael P. Schuette
Attorney